IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN REX | : | CIVIL ACTION |
| v. | : | |
| LEHIGH COUNTY PRISON, et al. | : | NO. 12-2002 |

ORDER

AND NOW, this 18th day of October, 2012, upon consideration of defendants' Motion to Dismiss (Docket #10), the plaintiff's opposition thereto, and after numerous telephone conferences with the parties, IT IS HEREBY ORDERED that said motion is GRANTED for the reasons stated in a memorandum of law bearing today's date.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.